UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DALE LUHR,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 17-cv-00686-EDL

**JUDGMENT**

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of March 29, 2018, Plaintiff's Motion for Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: March 29, 2018

ELIZABETH D. LAPORTE
United States Magistrate Judge