UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEVIN DALE LUHR,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-00686-EDL   (RMI)<br><br>**ORDER RE: MOTION FOR ATTORNEYS' FEES UNDER**<br><br>Re: Dkt. No. 30 |

Having considered Plaintiff's motion for fees (dkt. 30), Defendant's response (dkt. 31), and the Parties' competing proposed orders (dkts. 34-1 and 34-2), the court finds that the 25% contingency fee of $27,510.43 is reasonable and allowable under 42 U.S.C. § 406(b)(1)(A). The court previously awarded $4,788.53 in fees under the Equal Access to Justice Act ("EAJA") (*see* dkt. 29), an amount that has already been received by Plaintiff's counsel. Accordingly, Plaintiff's motion for fees under § 406(b)(1) in the amount of $27,510.43 is **GRANTED**; the Commissioner is directed to certify payment in that amount to Plaintiff's counsel and Plaintiff's counsel is **ORDERED** to refund $4,788.53 to Plaintiff upon receipt of that award. As to the Parties' disagreement (*see* dkt. 34) regarding counsel's request for a "net award," the court disagrees with that interpretation and instead adopts Defendant's position. *See e.g. Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the *claimant's attorney must refund to the claimant the amount of the smaller fee*.") (emphasis added) (citations omitted).

**IT IS SO ORDERED.**

Dated: April 26, 2021

ROBERT M. ILLMAN
United States Magistrate Judge